1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California  94102
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234
        E-Mail: deborah.r.douglas@usdoj.gov
8
   Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA        )   CR 14-527-4 RS
                                    )
14              v.                  )
                                    )   STIPULATION AND [PROPOSED] ORDER FOR
15  ROBERT CHUN,                    )   A CONTINUANCE AND EXCLUSION OF TIME
                                    )   UNDER THE SPEEDY TRIAL ACT, 18 U.S.C.
16              Defendant.          )   § 3161 ET. SEQ
                                    )
17  _____)

18       The United States of America, by and through its attorney of record, and the above-captioned

19  defendant ("defendant"), by and through his respective attorney of record, hereby stipulate as follows:

20       1.      For the reasons stated in open court on May 24, 2016, the Court continued the above-

21  captioned matter to August 2, 2016 at 2:30 p.m. and excluded time under the Speedy Trial Act from

22  May 24, 2016 through August 2, 2016 based upon effective preparation of counsel under 18 U.S.C.

23  §§3161(h)(7)(A) and (B)(iv).

24       2.      The parties stipulate and agree that this matter should be continued to August 2, 2016 at

25  2:30 p.m., and that the failure to grant such a continuance would unreasonably deny the defendant the

26  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

27  The parties further stipulate and agree that the time from May 24, 2016 through August 2, 2016 should

28

1  be excluded based upon the complexity of the case in accordance with the provisions of the Speedy Trial

2  Act, 18 U.S.C. § 3161(h)(7)(B)(ii), and on the basis that the ends of justice are served by taking such

3  action which outweigh the best interest of the public and the defendant in a speedy trial and for effective

4  preparation of counsel, taking into account the exercise of due diligence, under 18 U.S.C.

5  § 3161(h)(7)(A) and (B)(iv).

6

7  DATED: May 25, 2016                        Respectfully submitted,

8                                             BRIAN J. STRETCH
                                              United States Attorney
9
                                              _____
                                                        /s/
10                                            DEBORAH R. DOUGLAS
                                              Assistant United States Attorney
11
                                              _____
                                                        /s/
12                                            RANDALL KNOX, Esq.
                                              Attorney for Defendant Robert Chun
13

14

15                                            ORDER

16         Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that

17  the above-captioned matter shall be continued to August 2, 2016 at 2:30 p.m. and that the time from

18  May 24, 2016 through August 2, 2016 shall be excluded in accordance with the provisions of the Speedy

19  Trial Act, 18 U.S.C. §§ 3161(h)(7)(B)(ii), and 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds

20  that (A) the above-captioned matter is complex based upon the nature of the prosecution; (B) failure to

21  grant the continuance would unreasonably deny the defendant the reasonable time necessary for

22  effective preparation, taking into account the exercise of due diligence; and (C) the ends of justice

23  served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

24
25  **IT IS SO ORDERED.**

    DATED: May 25 , 2016
26
                                              _____
27                                            HONORABLE RICHARD SEEBORG
                                              UNITED STATES DISTRICT JUDGE
28

Stipulation and Order                          2
CR 14-527-4 RS