1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTIAAN H. HIGHSMITH (CABN 296282)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7368
7       christiaan.highsmith@usdoj.gov

8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,           )  CR. 14-527 RS
13                                     )
          Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER
14                                     )  CONTINUING SENTENCING HEARING
      v.                               )
15                                     )
   ROBERT CHUN,                        )
16                                     )
          Defendant.                   )
17 _____)

18
        The United States of American and defendant Robert Chun, by and through their undersigned
19
   counsel of record, with the agreement of U.S. Probation Officer Jill P. Spitalieri, hereby stipulate and
20
   ask the Court to find as follows:
21
     1. Defendant Robert Chun currently is scheduled for sentencing on May 22, 2018.
22
     2. The undersigned counsel for the United States recently took over as the counsel of record in this
23
        case and requests additional time to prepare for sentencing.
24
     3. Counsel for the United States needs additional time to review the evidence in this case, consult
25
        with defense counsel, and consult with U.S. Probation in order to fashion a just and equitable
26
        sentencing recommendation.
27
     4. Defendant Chun is not in custody.
28

STIP. AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CR. 14-527 RS

5. Based on the foregoing, the parties request that the Court continue the current sentencing date of May 22, 2018, and set a new sentencing date of August 14, 2018, at 2:30 p.m.

Dated: April 6, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

_____/s/_____
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

_____/s/_____
RANDALL KNOX
COUNSEL FOR ROBERT CHUN

[~~PROPOSED~~ ORDER]

FOR GOOD CAUSE, and pursuant to the stipulation of the United States and defendant Robert Chun, and the agreement of United States Probation, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for May 22, 2018, is vacated and reset for August 14, 2018, at 2:30 p.m.

IT IS SO ORDERED.

Dated: April 9, 2018

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
CR. 14-527 RS