Randall Knox, State Bar No. 113166
870 Market Street, Suite 820
San Francisco, CA 94102
(415) 765-7500
Attorney for Robert Chun

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-CR-0527 RS |
| Plaintiff, | **STIPULATION AND [P~~ROPOSED~~] ORDER TO PERMIT TRAVEL** |
| v. | |
| ROBERT CHUN, | |
| Defendants. | |

IT IS HEREBY STIPULATED between Randall Knox, counsel for defendant Robert Chun , and counsel for the United States, Assistant U.S. Attorney Christiaan Highsmith, with the concurrence of U.S. Pretrial Services Officer Katrina Chu, that the terms of defendant's pretrial release be modified to allow Pretrial Services the discretion to permit defendant to travel to and from Seattle to visit his son, and to and from San Diego to attend his nephew's wedding. The defendant shall provide his complete itinerary and contact information to U.S. Pretrial Services prior to his departure.

Dated: December 11, 2018    Respectfully submitted,

_/s/_____
Randall Knox
Attorney for Robert Chun

Dated: December 11, 2018    _/s/_____
Christiaan Highsmith
Assistant U.S. Attorney

SO ORDERED.

Dated: 12/11/18

_____
Richard Seeborg
U.S. District Judge

1